IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOANNE VEGA-GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:18-CV-1231-C |

## ORDER

The Court, having considered the Parties' Joint Motion to Stay Proceedings Pending Finalization of Settlement, filed September 7, 2018, is of the opinion that the same should be **GRANTED**.

Accordingly, all proceedings and deadlines in this case are stayed. The parties are hereby ordered to submit a joint report to this Court concerning the status of settlement by 9:00 a.m. on October 22, 2018.

SO ORDERED this 12th day of September, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE