**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOANNE VEGA-GOMEZ, | § § § § § § § § § § § | Civil Action No. <u>3:18-CV-1231</u> |
| Plaintiffs, | | |
| v. | | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| OCWEN LOAN SERVICING, LLC, | | |
| Defendant. | | |

Plaintiff, JOANNE VEGA-GOMEZ ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;

2. The Parties to this litigation have jointly entered into this Stipulation;

3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The Parties are to bear their own fees and costs;

5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and

6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

7. The Parties agree that this Court shall retain jurisdiction over this matter to enforce the settlement agreement.

   WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated:  October 23, 2018          HYDE & SWIGART

                                  By:  */s Anthony Chester*
                                       Anthony P. Chester (P77933)
                                       HYDE & SWIGART
                                       120 South 6th Street, Suite 2050
                                       Minneapolis, MN 55402
                                       Telephone:  (952) 225-5333
                                       Email: tony@westcoastlitigation.com

Dated:  October 23, 2018          HUNTON ANDREWS KURTH LLP

                                  By:  */s Aliza Malouf*
                                       Aliza Malouf, Esq.
                                       Hunton Andrews Kurth LLP
                                       1445 Ross Avenue, Suite 3700
                                       Dallas, TX 75202
                                       Tel: 214.979.8229

# CERTIFICATE OF SERVICE

On October 23, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that all parties were served via electronic case filing, email, or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

By: /s/ Anthony P. Chester
Anthony P. Chester