# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOANNE VEGA-GOMEZ, | § | Civil Action No. 3:18-cv-1231 |
| Plaintiffs, | § § § | |
| v. | § § § | **ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| OCWEN LOAN SERVICING, LLC, | § § § | |
| Defendant. | § § | |

Based upon the Stipulation for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party is to bear their own fees and costs.

IT IS SO ORDERED.

Dated this 24th day of October, 2018.

_____
HONORABLE SAM R CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE